# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**JOHNNY KIRKLAND**                                                    **PLAINTIFF**

**v.**                                                **CIVIL NO. 1:17-cv135-HSO-JCG**

**HUNTINGTON INGALLS INCORPORATED**                      **DEFENDANT**

## FINAL JUDGMENT OF DISMISSAL

The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED.**

**SO ORDERED AND ADJUDGED** this the 11th day of September, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE